IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUAYVON PEOPLES**
ADC #168492                                                                                                    PETITIONER

v.                           Case No. 4:20-cv-01484-KGB-JTR

**DEXTER PAYNE, Director,**
Arkansas Division of Correction                                                                RESPONDENT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Quayvon Peoples's claims are dismissed with prejudice.

So adjudged this 30th day of March, 2022.

_____
Kristine G. Baker
United States District Judge